IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., | Nos. C 08-01184 SI and C 08-1190 SI |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| ALDERWOODS GROUP, INC., et al., | |
| Defendants. | |
| _____ | |
| CLAUDE BRYANT, et al., | |
| Plaintiffs, | |
| v. | |
| SERVICE CORP. INT'L, et al., | |
| Defendants. | |
| _____ / | |

Defendants in the case of *Bryant v. Service Corporation International*, No. C 08-1190, are ordered to produce all discovery ordered in this Court's March 27 Order within 21 days of the filing of this Order. Defendants in both cases shall renotice their motions to dismiss for May 22, 2009 at 9:00. A case management conference is hereby scheduled in both cases for July 24, 2009 at 3:00.

**IT IS SO ORDERED.**

Dated: March 27, 2009

SUSAN ILLSTON
United States District Judge