1 BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
2 P.O. Box 119
Oakland, CA 94604
3 Telephone: (510) 835-6833
Facsimile:  (510) 835-6666
4 rbodzin@BurnhamBrown.com

5 Attorneys for Plaintiffs

6 [Additional Counsel Appear on Signature Page]

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>         Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

    1.    The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 187), previously set for December 16, 2009 is moved to **December 17, 2009 at 10:00 a.m.**

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
1

Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

_____
   Honorable Susan Illston
   United States District Court

**AGREED TO:**

Dated: October 29, 2009

| | |
|---|---|
| By: /s/ J. Nelson Thomas | By: /s/ John A. Mason |
|    J. Nelson Thomas (*pro hac vice*) |    Steven H. Gurnee |
|    Patrick J. Solomon (*pro hac vice*) |    Nicholas P. Forestiere |
|    Annette Gifford (*pro hac vice*) |    John A. Mason |
|    THOMAS & SOLOMON LLP |    GURNEE & DANIELS LLP |
|    693 East Avenue |    2240 Douglas Blvd, Suite 150 |
|    Rochester, NY 14607 |    Roseville, CA 95648 |
|    Telephone: 585-272-0540 |    Telephone: 916-797-3100 |
|    Facsimile: 585-272-0574 |    Facsimile: 916-797-3131 |
|    Robert M. Bodzin, State Bar No. 201327 |    Counsel for Defendant |
|    BURNHAM BROWN | |
|    P.O. Box 119 | |
|    Oakland, CA 94604 | |
|    Telephone: (510) 835-6833 | |
|    Facsimile: (510) 835-6666 | |
|    Charles H. Saul (*pro hac vice*) | |
|    Liberty J. Weyandt (*pro hac vice pending*) | |
|    Kyle T. McGee (*pro hac vice*) | |
|    MARGOLIS EDELSTEIN | |
|    525 William Penn Place | |
|    Suite 3300 | |
|    Pittsburgh, PA 15219 | |
|    Telephone: 412-281-4256 | |
|    Facsimile: 412-642-2380 | |
|    Counsel for Plaintiffs | |

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
2

Case No.: 3:08-CV-01184 SI