BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

   1.   Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

   2.   Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME                                        CASE NO.: 3:08-CV-01184 SI
1

| | |
|---|---|
| IT IS SO ORDERED: | Honorable Susan Illston<br>United States District Court<br><br>_____ |

AGREED TO:

| | |
|---|---|
| By: /s/ Annette Gifford<br>    J. Nelson Thomas (*pro hac vice*)<br>    Patrick J. Solomon (*pro hac vice*)<br>    Annette Gifford (*pro hac vice*)<br>    THOMAS & SOLOMON LLP<br>    693 East Avenue<br>    Rochester, NY 14607<br>    Telephone: 585-272-0540<br>    Facsimile: 585-272-0574<br><br>    Robert M. Bodzin, State Bar No. 201327<br>    BURNHAM BROWN<br>    P.O. Box 119<br>    Oakland, CA 94604<br>    Telephone: (510) 835-6833<br>    Facsimile: (510) 835-6666<br><br>    Charles H. Saul (*pro hac vice*)<br>    MARGOLIS EDELSTEIN<br>    525 William Penn Place<br>    Suite 3300<br>    Pittsburgh, PA 15219<br>    Telephone: 412-281-4256<br>    Facsimile: 412-642-2380<br><br>    Counsel for Plaintiffs | By: /s/ John A. Mason<br>    Steven H. Gurnee<br>    Nicholas P. Forestiere<br>    John A. Mason<br>    GURNEE & DANIELS LLP<br>    2240 Douglas Blvd, Suite 150<br>    Roseville, CA 95648<br>    Telephone: 916-797-3100<br>    Facsimile: 916-797-3131<br><br>    Counsel for Defendant |