1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO/OAKLAND DIVISION

9

10 WILLIAM HELM, DEBORAH PRISE,            )  Case No. CV 08-1184-SI
   HEATHER P. RADY, et al., on behalf of   )
11 themselves and all other employees and former )  **[PROPOSED] ORDER GRANTING**
   employees similarly situated,           )  **PLAINTIFFS' REQUEST FOR CASE**
12                                         )  **MANAGEMENT CONFERENCE**
                    Plaintiffs,            )
13                                         )
   v.                                      )
14                                         )
   ALDERWOODS GROUP, INC.,                 )
15                                         )
                                           )
16                  Defendant.             )
                                           )
17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING CASE MANAGEMENT CONFERENCE                Case No. CV 08-1184 SI

1   AND NOW this ____ day of May, 2010, upon consideration of Plaintiffs' Request for Case
2   Management Conference, it is hereby ORDERED that this case is set for a Case Management
3   Conference on __6/4/10_____ at 3:00 p.m.

5   Dated: _____                            _____
6                                                              Honorable Susan Illston
7                                                              United States District Court

[PROPOSED] ORDER GRANTING CASE MANAGEMENT CONFERENCE                    Case No. CV 08-1184 SI