1  STEVEN H. GURNEE, ESQ. SB# 66056
   NICHOLAS P. FORESTIERE, ESQ. SB#125118
2  JOHN A. MASON, ESQ. SB# 166996
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone      (916) 797-3100
   Facsimile      (916) 797-3131
5
   Attorneys for Defendants
6  ALDERWOODS GROUP, INC.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAM HELM, DEBORAH PRISE,              )  No.  CV 08-01184 SI
   HEATHER P. RADY, et al., on behalf of     )
12 themselves and all other employees and former )
   employees similarly situated,             )  [PROPOSED] ORDER CONTINUING
13                                           )  DATE FOR CASE MANAGEMENT
                                             )  CONFERENCE
14            Plaintiffs,                    )
                                             )
15    vs.                                    )
                                             )
16 ALDERWOODS GROUP, INC.,                   )
                                             )
17            Defendants.                    )
                                             )
18 _____   )

19     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

20 follows:

21

22     1.    The date for the further Case Management Conference in this matter, previously set

23 for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**

24

25 ////

26

27 ////

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE
MANAGEMENT CONFERENCE**                                                               1
Case No.:  CV 08-01184 SI

| | | |
|---|---|---|
| 1 | **IT IS SO ORDERED:** | |
| 2 | | *[signature]* |
| 3 | Dated:  7/25/11 | Honorable Susan Illston |
| 4 | | United States District Court |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.:  CV 08-01184 SI